The rule was enunciated in Lawder *v.* Stone, collector, 187 U. S. 281, that in arriving at the value of the merchandise you are to take into consideration its condition on its arrival in this country and then find its value in that condition in the country of and at the date of exportation.

In this connection I call attention to the definition of foreign value in section 402 (c) of the Tariff Act of 1930:

The foreign value of imported merchandise shall be the market value or the price at the time of exportation of such merchandise to the United States, at which such or similar merchandise is freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, *packed ready for shipment to the United States.* [Italics mine.]

In the instant case it is incontrovertible that the price at which the drums in question were purchased, and at which identical drums were sold and freely offered for sale in the principal markets of Greece in the usual wholesale quantities and in the ordinary course of trade, was 300 drachmas each.

Upon all the facts and the law, I therefore find that the invoice and appraised value of 300 drachmas per drum represents the foreign and the dutiable value thereof, there being no higher export value, and that such foreign value is the value found by the appraiser. Judgment will be rendered accordingly.

**REHEARING MOTION DENIED**

NOVEMBER 17, 1939

**No. 4686.** —*United States* v. *William J. Oberle, Inc.* Entered at New Orleans, La. Reap. Dec. 4652. Motion by plaintiff.

VAN OPPEN & CO., INC. *v.* UNITED STATES

**No. 4687.**—Invoice dated London, England, October 21, 1938.
Entered at New York November 2, 1938.
Entry No. 753287.

(Decided December 4, 1939)

*Charles G. Berendsen* for the plaintiff.

*Webster J. Oliver*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the defendant.

KINCHELOE, Judge: This is an appeal for reappraisement of a certain leather-bound book entitled "Keats Poems" entered at the port of New York.